In the Matter of the Judicial Settlement of the Accounts of Edward A.
McQuade, as Executor and Trustee under the Last Will and Testament of
John McQuade, Deceased.   Mary A. McQuade, Appellant; Central Trust

Company of New York and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.